NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMPERION, INC.,**
*Plaintiff-Appellant,*

v.

**CURRENT GROUP, LLC,
CURRENT COMMUNICATIONS SERVICES, LLC,
CURRENT TECHNOLOGIES, LLC, AND
ONCOR ELECTRIC DELIVERY COMPANY LLC,**
*Defendants-Appellees.*

---

2012-1073

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-5362, Judge Naomi Reice Buchwald.

---

## ON MOTION

---

## ORDER

Amperion, Inc. moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**DEC 1 4 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Blair C. Fensterstock, Esq.
     Lori R. Mason, Esq.

s21

Issued As A Mandate:  **DEC 1 4 2011**
_____

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 4 2011**

**JAN HORBALY**
**CLERK**